IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JUDITH B. WOHLERS, | |
|---|---|
| Plaintiff, | 8:15CV148 |
| vs. | ORDER |
| WAL-MART STORES, INC., A Delaware Corporation; | |
| Defendant. | |

As requested in the parties' motion, (filing no. 21), which is hereby granted, in part,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference settings are cancelled pending further order of the court.

2) A telephonic conference with the undersigned magistrate judge will be held on June 1, 2016 at 11:00 a.m. to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is August 30, 2016. Motions to compel Rule 33 through 36 discovery must be filed by September 6, 2016 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, [Fed. R. Civ. P. 26(a)(2)(B)](), and non-retained experts, [Fed. R. Civ. P. 26(a)(2)(C)]()), are:

   For the plaintiff(s):     June 15, 2016.
   For the defendant(s):    August 15, 2016.

5) The deposition deadline is August 30, 2016.

6) The deadline for filing motions to dismiss and motions for summary judgment is June 30, 2016.

March 12, 2016.                                BY THE COURT:

                                               *s/ Cheryl R. Zwart*
                                               United States Magistrate Judge