# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUDITH B. WOHLERS,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | Case No. 8:15-cv-148<br><br>**STIPULATION FOR DISMISSAL<br>WITH PREJUDICE** |

COMES NOW the Plaintiff, Judith B. Wohlers, and the Defendant, Wal-Mart Stores, Inc., and jointly move and stipulate that the above-entitled action, and all causes of action contained therein, be dismissed with prejudice, with each party to bear their own costs and attorney fees incurred herein.

DATED this 22nd day of July 2016.

JUDITH B. WOHLERS, Plaintiff,

By: s/Bradley E. Nick
    Bradley E. Nick (NE# 19101)
    Sidner Law Office
    340 E Military Ave, Ste 1
    Fremont, NE 68025
    402.721.7111
    nickb@sidnerlaw.com
    ATTORNEY FOR PLAINTIFF

WAL-MART STORES, INC., Defendant,

By: s/Nicholas K. Rudman
    Nicholas K. Rudman (NE# 25182)
    George E. Martin III (NE# 21747)
    BAIRD HOLM LLP
    1700 Farnam St, Ste 1500
    Omaha, NE 68102-2068
    402.344.0500
    gmartin@bairdholm.com
    nrudman@bairdholm.com
    ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Bradley E. Nick, Esq.
(nickb@sidnerlaw.com)

                                                    s/Nicholas K. Rudman

DOCS/1687622.1