IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUDITH B. WOHLERS, | |
| Plaintiff, | 8:15-CV-148 |
| vs. | JUDGMENT |
| WAL-MART STORES, INC., | |
| Defendant. | |

Upon the parties' stipulation for dismissal with prejudice (filing 28), this matter is dismissed with prejudice, with each party to bear their own fees and costs.

Dated this 27th day of July, 2016.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge